JULIUS COHEN, Plaintiff, *v.* DYKER HEIGHTS HOME BUILDING COMPANY, INC., et al., Respondents, and MARY E. KELLY, Appellant.

MARY E. KELLY, Appellant, *v.* DYKER HEIGHTS HOME BUILDING COMPANY, INC., et al., Respondents, and CLINTON HALL REALTY CORPORATION, Appellant.

(Argued January 9, 1930; decided February 11, 1930.)

Orders affirmed, with one bill of costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.